Mix
v.
Whitlock.

———◦❀◦———

## ASA PORTER *against* JOHN RUSSELL and LEONARD HODGES, Trustees of SAMUEL GOTT.

PLAINTIFF nonsuited.

*Wm. C. Harrington*, attorney to the Trustees, now moved, that the travel and attendance of each of the Trustees should be taxed.

Where several
trustees per-
sonally attend,
separate travel
and attendance
may be taxed.

By the Court. If both Trustees personally attended, let the travel and attendance of each be taxed.